■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RAMON CANCEL, JR., Appellant. [938 NYS2d 814]

The defendant's contention that his plea was not knowingly, voluntarily, and intelligently entered is unpreserved for appellate review (*see People v Shaffer*, 81 AD3d 989 [2011]; *People v Budden*, 77 AD3d 672 [2010]). In any event, the record demonstrates that the defendant's plea was entered knowingly, voluntarily, and intelligently (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d 662, 666 [1988]).

The defendant's contention that he was deprived of the effective assistance of counsel is based on matter dehors the record, and therefore cannot be reviewed on direct appeal (*see People v Brewer*, 73 AD3d 1199 [2010]). Dillon, J.P., Florio, Chambers and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
CARLOS CRUZ, Appellant. [938 NYS2d 813]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Skelos, Dillon and Angiolillo, JJ., concur.